STATE OF NEW JERSEY v. ROBERT DALE.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD S. PENNIX.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD FOSTER.

October 11, 1983.

Petition for certification denied.

LOIS SHELKO v. MERCER COUNTY SPECIAL SERVICES SCHOOL DISTRICT, MERCER COUNTY.

October 11, 1983.

Petition for certification granted.

FREDERICK PHILLIPS v. GREGORY MARKETING CORP.

October 11, 1983.

Petition for certification denied.